UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:23-cr-00009-ART-CLB |
| ) | |
| Plaintiff, ) | |
| ) | MINUTES OF PROCEEDINGS |
| vs. ) | |
| ) | |
| KEAUNTIS F. CRAIG and ) | |
| LAKEIKO CHRISTOPHER COOGLER, ) | DATE: June 4, 2024 |
| ) | |
| Defendants. ) | |

PRESENT:  <u>ANNE R. TRAUM, UNITED STATES DISTRICT JUDGE</u>

Deputy Clerk:  <u>Katie Lynn Sutherland</u>  Reporter:  <u>Donna Prather</u>

Counsel for Government:  <u>Andrew Keenan, AUSA and Megan Rachow, AUSA</u>

Counsel for Defendant:  <u>Allie Wilson, AFPD (obo Lakeiko C. Coogler); Tehan Slocum, CJA and Theresa Ristenpart, CJA (obo Keauntis F. Craig)</u>

PROCEEDINGS: **Evidentiary Hearing RE: Defendant Lakeiko C. Coogler's Motion to Suppress (ECF No. 60); Motions Hearing RE: Defendant Keauntis F. Craig's Motion to Bifurcate Count IV (ECF No. 59) and Government's Motion for Protective Order (ECF No. 92)**

Defendant Lakeiko C. Coogler is present, in custody, participating by video from Nevada Southern Detention Center.

Defendant Keauntis F. Craig is present, in custody, participating in-person.

10:43 a.m.  The Court convenes with all counsel and parties.

The evidentiary hearing proceeds addressing Defendant Lakeiko C. Coogler's Motion to Suppress Out-of-Court Identification (ECF No. 60).

**Sean Schwartz**, called on behalf of the Government, is sworn and testifies under direct examination by Mr. Keenan, cross examination by Ms. Wilson and redirect

Minutes of Proceedings - 1

examination by Mr. Keenan. Government Exhibit 2 is admitted.  The witness is excused.

**Scott Smith**, called on behalf of the Government, is sworn and testifies under direct examination by Mr. Keenan.  Government Exhibit 1 is admitted.

11:17 a.m. The Court stands at recess to address video disconnection with Mr. Coogler.

11:35 a.m.  Video connection with Mr. Coogler is restored.  The Court reconvenes with all counsel and parties.

Direct examination of Mr. Smith continues and cross examination by Ms. Wilson.  The witness is excused.

The Court hears final oral argument from counsel on the motion to suppress.

12:08 p.m. The Court stands at recess.

12:29 p.m.  The Court reconvenes with all counsel and parties present.

The Court enters an oral ruling and findings for the record denying the motion to suppress.

IT IS ORDERED that Defendant Lakeiko C. Coogler's Motion to Suppress Out-of-Court Identification (ECF No. 60) is denied.

The Court next hears oral argument regarding Defendant Keauntis F. Craig's Motion to Bifurcate Count IV (ECF No. 59).

The Court enters an oral ruling and findings for the record granting the motion to bifurcate.  The Court advises counsel its order as to the motion to bifurcate does not resolve the scope of trial proceedings and is reserved for the parties to address.

The Court further notes it will reserve its decision whether to retain the same jury for trial proceedings.

IT IS ORDERED that Defendant Keauntis F. Craig's Motion to Bifurcate Count IV (ECF No. 59) is granted.

The Court next turns to the Government's Motion for Protective Order (ECF No. 92) and hears argument.

IT IS ORDERED that the Government's Motion for Protective Order (ECF No. 92) is granted.

There being no additional matters to address at this time, court adjourns at 1:40 p.m.

                                  DEBRA K. KEMPI, CLERK OF COURT

                                  By: _____/s/_____
                                         Katie Lynn Sutherland, Deputy Clerk