# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEAUNTIS F. CRAIG,<br><br>Defendant. | Case No.: 3:23-cr-000009-ART-CLB<br><br>**ORDER GRANTING (ECF No. 124)**<br><br>**Stipulation Regarding Motions *in Limine*** |
|---|---|

Certification: This stipulation is filed timely pursuant to ECF122.

**IT IS HEREBY STIPULATED AND AGREED**, by and between Tehan W. Slocum, Esq. of Slocum Law, P.L.L.C., and Theresa Ristenpart, Esq., of Ristenpart Law LLC, counsel for defendant KEAUNTIS F. CRAIG (hereinafter "Mr. Craig"), and the United States Attorney for the District of Nevada and Assistant United States Attorneys Megan Rachow and Andrew Keenan, counsel for the plaintiff United States of America, that they have met and conferred pursuant to LCR 12-2 and have agreement on the below issues:

**IT IS FURTHER STIPULATED AND AGREED** that Mr. Craig shall appear unshackled in the courtroom during all proceedings and in front of the jury wearing courtroom attire.

**IT IS FURTHER STIPULATED AND AGREED** that all parties shall address the Defendant as Mr. Craig.

**IT IS FURTHER STIPULATED AND AGREED** that any reference about gang affiliation shall be precluded for all parties and witnesses, to include unit identification by the police.

The Stipulation is entered into after the parties met and conferred about the issues pursuant to LR IA 1-3(f), LCR 12-2, and ECF 122.

DATED this 10th day of January, 2025.

/s/Megan Rachow
Megan Rachow, Esq.
Assistant United States Attorney

/s/Tehan Slocum
Tehan Slocum, Esq.
Counsel for Defendant Craig

/s/Andrew Keenan
Andrew Keenan, Esq.
Assistant United States Attorney

/s/ Theresa Ristenpart
Theresa Ristenpart, Esq.
Counsel for Defendant Craig

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

DATED: January 15, 2025

2